FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2018

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICKY L. H., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 2:17-CV-00207-SMJ <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Dimke's June 1, 2018 Report and Recommendation, ECF No. 18, recommending the Court deny Plaintiff's Motion for Summary Judgment, ECF No. 15, and grant Defendant's Motion for Summary Judgment, ECF No. 16. Neither party has objected to the Report and Recommendation. After reviewing the Report and Recommendation and relevant authorities, the Court finds Magistrate Judge Dimke's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 18**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 15**, is **DENIED**.

ORDER ADOPTING REPORT AND RECOMMENDATION **-** 1

**3.** Defendant's Motion for Summary Judgment, **ECF No. 16**, is **GRANTED**.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Dimke.

**DATED** this 2nd day of August 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge